IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUTH JOHNSON and <br> ERIC JOHNSON, <br>       Plaintiff, <br> vs. <br> WAYNE KAUFFMAN and <br> LARRY WAGNER TRUCKING, LLC., <br>       Defendants. | No.    17-1049-SCW |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered on September 27, 2018 by Magistrate Judge Stephen C. Williams (Doc. 61) the above-captioned action is **DISMISSED** with prejudice. Each party to bear its own costs.

**Dated:** December 6, 2018

                                                              **Margaret M. Robertie, Clerk of Court**

                                                              **By: s//Angela Vehlewald**
                                                                                Deputy Clerk

**Approved:  s//Stephen C. Williams**
                STEPHEN C. WILLIAMS
                UNITED STATES MAGISTRATE JUDGE